# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 5046                                     Purchased/Filed: June 2, 2008

STATE OF NEW YORK       UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training,*     Plaintiff
*S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamster Local*

against

*BJY Materials Inc.*                                              Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ June 9, 2008 _____ , at __2:00pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Rule 7.1

on

_____ BJY Materials Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __23__     Approx. Wt: __160__     Approx. Ht: __5'9"__

Color of skin: __White__     Hair color: __Blonde__     Sex: __F__     Other: _____

Sworn to before me on this

__11th__ day of _____ June, 2008 _____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0805521

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*