UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

|  |  |
|---|---|
|  | Index No. 08 CIV 5046 (CLB) |
| Plaintiffs, | VOLUNTARY NOTICE OF DISMISSAL |

-and-

BJY MATERIALS INC.,

            Defendant.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: August 25, 2008
       Elmsford, New York

                          BARNES, IACCARINO, VIRGINIA,
                          AMBINDER & SHEPHERD, PLLC

                          Giacchino J. Russo, Esq. (GR8313)
                          Attorney for Plaintiffs
                          258 Saw Mill River Road
                          Elmsford, New York 10523
                          (914) 592-1515